USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/6/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

STEVEN MATZURA, *individually and on behalf of all others similarly situated*,

         Plaintiff,

-against-

MACY'S INC.,

         Defendant.

-----------------------------------------------------------------x

19-CV-9926 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' letters regarding Defendant's anticipated motion to dismiss. ECF Nos. 11, 12. Defendant's request to file a motion to dismiss is hereby **GRANTED**. The Parties are **ORDERED** to proceed in accordance with the following briefing schedule:

| | |
|---|---|
| **Defendant's Brief** | March 5, 2020 |
| **Plaintiff's Response** | April 2, 2020 |
| **Defendant's Reply** | April 16, 2020 |

**SO ORDERED.**

Dated:  February 6, 2020
     New York, New York

                   HON. ANDREW L. CARTER, JR.
                   United States District Judge