USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/14/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x
**STEVEN MATZURA,**
*On Behalf Of Himself And All Other Persons Similarly Situated*,

                            **Plaintiff,**

       -against-

**MACY'S INC.,**

                            **Defendant.**
-------------------------------------------------------------------- x

**19-CV-9926 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the letters from Plaintiff. ECF Nos. 25-26. Accordingly, the Court hereby **STAYS** this case for 60 days. The Parties should submit a joint status report on **June 15, 2020** updating the Court on the status of the case.

**SO ORDERED.**

**Dated:**       **April 14, 2020**
                 **New York, New York**

_____
                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**