USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/15/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

**STEVEN MATZURA,**
*On Behalf Of Himself And All Other Persons Similarly Situated,*

                      **Plaintiff,**

     -against-

**MACY'S INC.,**

                      **Defendant.**

------------------------------------------------------------------------ x

**19-CV-9926 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

     The Court is in receipt of the Parties' response, ECF No. 31, in response to the Court's June 24, 2020 Order, ECF No. 30. After careful consideration, the Court hereby **STAYS** this case, and any and all deadlines, pending resolution of the consolidated appeals in *Mendez v. AnnTaylor, Inc.*, No. 19-CV-10625, 2020 WL 1974211 (S.D.N.Y. Apr. 24, 2020), *appeal filed* (No. 20-1550). Defendant's pending motion to dismiss is **DENIED** without prejudice to refile the motion after the stay is lifted. The Parties should submit, in writing, a joint status report indicating how they would like to proceed within 14 days of the resolution of the consolidated appeals.

**SO ORDERED.**

**Dated:**    **July 15, 2020**
              **New York, New York**

                                               _____
                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**